JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA V., | Case No. 5:24-cv-00584-KES |
|      Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
|      Defendant. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is affirmed.

DATED: August 14, 2024

_____
KAREN E. SCOTT
United States Magistrate Judge

1